AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| HERGUAN UNIVERSITY & JERRY YUN FEI WANG <br> *Plaintiff* <br> v. <br> Immigration & Customs Enforcement (ICE) & SEVP <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. CV12-04403 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Immigration and Customs Enforcement (ICE) and SEVP
Student and Exchange Visitor Program
SEVP MS 5600, DHS/ICE
500 12th Street, SW
Washington, D.C. 20536-5600

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Ross, Law Offices of David L. Ross, P.A.
9454 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212
REGULAR MAILING (non Federal Express)
P.O. Box 18137
Beverly Hills, CA 90209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___AUG 2 2 2012___

**Gordana Macic**

*Signature of Clerk or Deputy Clerk*