UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERGUAN UNIVERSITY, et al., | Case No.: C 12-04403 PSG |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE RESPONSE** |
| v. | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), et al., | **(Re: Docket No. 20)** |
| Defendants. | |

On October 18, 2012, Defendants Immigration and Customs Enforcement ("ICE") and Student and Exchange Visitor Program ("SEVP") (collectively, "Defendants") filed a motion to dismiss.[1] Pursuant to Civ. L.R. 7-3, an opposition or statement of non-opposition was due no later than November 1, 2012. Plaintiffs Herguan University and Jerry Yun Fei Wang (collectively, "Plaintiffs") did not file either an opposition or statement of non-opposition.

Plaintiffs move to extend the date for them to file an opposition to Defendants' motion to dismiss on the grounds that Plaintiffs have discovered new evidence that impacts their response to Defendants' motion. Plaintiffs also indicate that they may move for leave to amend the complaint. Having reviewed the papers and considered the arguments of counsel,

---
[1] *See* Docket No. 18.

1

Case No.: C 12-04403 PSG
ORDER

1     IT IS HEREBY ORDERED that Plaintiffs' motion for leave to file a late response to
2 Defendants' motion to dismiss is GRANTED.
3     Plaintiffs may file their opposition, or statement of non-opposition, to Defendants' motion
4 to dismiss no later than November 23, 2012 and Defendants may file their reply no later than
5 December 7, 2012.
6     Any motion for leave to amend the complaint must be filed separately and in accordance
7 with the Civil Local Rules. The hearing will remain as scheduled for December 18, 2012 at 10AM.
8 **IT IS SO ORDERED.**
9 Dated: November 19, 2012

PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: C 12-04403 PSG
ORDER